■ PAULA GIBBS, Appellant, v STATE FARM FIRE AND CASUALTY Co., Respondent. (Appeal No. 1.) [26 NYS3d 914]—Appeal from an order of the Supreme Court, Erie County (Patrick H.

NeMoyer, J.), entered December 4, 2014. The order, insofar as appealed from, granted in part the motion of defendant to set aside a verdict and ordered a new trial on damages to the dwelling and additional living expenses unless plaintiff stipulates to damages of $43,000 and $11,669.60, respectively.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Peradotto, Curran and Scudder, JJ.